**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **Effectively Illuminated Pathways LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| Vs. | § | Civil Action No. 2:10-cv-489 |
| | § | |
| **UnbeatableSale.com, Inc.;** | § | **JURY TRIAL DEMANDED** |
| **Bulbs.com;** | § | |
| **TCP, Inc.;** | § | |
| **Super Bright LEDs Inc.;** | § | |
| **Amazon.com, Inc.;** | § | |
| **Bulbrite Industries, Inc.;** | § | |
| **Sears Holdings Corporation;** | § | |
| **Osram Sylvania, Inc.;** | § | |
| **Feit Electric Company, Inc.;** | § | |
| **Geosis Corporation;** | § | |
| **The Home Depot, Inc.;** | § | |
| **Lowe's Companies, Inc.;** | § | |
| **Wal-Mart Stores, Inc.; and** | § | |
| **Toshiba International Corporation,** | § | |
| | § | |
| **Defendants.** | § | |

### DEFENDANT OSRAM SYLVANIA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Osram Sylvania, Inc., without waiving any defenses or any matters that might be presented pursuant to Federal Rule of Civil Procedure 12(b) or any other rule or law, files this unopposed motion for an extension of time in which to answer, move, or otherwise respond to Plaintiff Effectively Illuminated Pathways LLC's Complaint and would respectfully show the Court as follows:

Defendant Osram Sylvania, Inc. has requested, and Plaintiff Effectively Illuminated Pathways LLC has agreed to an extension of time for Osram Sylvania, Inc. to respond in any

manner whatsoever, including answer, motion, or other pleading of any type to Plaintiff's Complaint.  Specifically, Defendant Osram Sylvania, Inc. requests, and Plaintiff Effectively Illuminated Pathways, LLC does not oppose an extension of time up to and including February 21, 2011.

Wherefore, Defendant Osram Sylvania, Inc. respectfully prays that the time to answer, move, or otherwise respond to Plaintiff's Complaint be extended up to and including February 21, 2010.

Dated:  December 7, 2010                             Respectfully submitted,

                                                     GILLAM & SMITH, L.L.P.

                                                     */s/Melissa Richards Smith*
                                                     Melissa Richards Smith
                                                     Texas State Bar No. 24001351
                                                     GILLAM & SMITH, L.L.P.
                                                     303 South Washington Avenue
                                                     Marshall, Texas 75670
                                                     Telephone:  (903) 934-8450
                                                     Facsimile:  (903) 934-9257
                                                     E-mail:  melissa@gillamsmithlaw.com

                                                     ***ATTORNEY FOR DEFENDANT***
                                                     ***OSRAM SYLVANIA, INC.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail or facsimile transmission, on this the 7th day of December, 2010.

                                                     */s/Melissa Richards Smith*
                                                     Melissa Richards Smith