**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **Effectively Illuminated Pathways LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UnbeatableSale.com, Inc.;**<br>**Bulbs.com;**<br>**TCP, Inc.;**<br>**Super Bright LEDs Inc.;**<br>**Amazon.com, Inc.;**<br>**Bulbrite Industries, Inc.;**<br>**Sears Holdings Corporation;**<br>**Osram Sylvania, Inc.;**<br>**Feit Electric Company, Inc.;**<br>**Geosis Corporation;**<br>**The Home Depot, Inc.;**<br>**Lowe's Companies, Inc.;**<br>**Wal-Mart Stores, Inc.; and**<br>**Toshiba International Corporation.**<br><br>**Defendants.** | **Civil Action No. _2:10-cv-489_____**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH TCP, INC.

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Effectively Illuminated Pathways LLC voluntarily dismisses Defendant TCP, Inc., an Ohio corporation, without prejudice, the opposing party having served neither an answer nor a motion for summary judgment.

Respectfully submitted,

Dated: December 8, 2010

By: /s/  Andrew W. Spangler
    Andrew W. Spangler
    Texas State Bar No. 24041960
    SPANGLER LAW P.C.
    208 N. Green Street, Suite 300

Longview, Texas 75601
Telephone: 903-753-9300
Facsimile:  903-553-0403
Email: spangler@spanglerlawpc.com

Marc A. Fenster—LEAD ATTORNEY
California State Bar No. 181067
E-mail: mfenster@raklaw.com
Bruce D. Kuyper
California State Bar No. 144969
Email: bkuyper@raklaw.com
Adam Hoffman
California State Bar No. 218740
Email: ahoffman@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  310-826-7474
Facsimile:  310-826-6991

Attorneys for Plaintiff,
Effectively Illuminated Pathways LLC

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 8th day of December, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Andrew W. Spangler
Andrew W. Spangler

2