**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EFFECTIVELY ILLUMINATED PATHWAYS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNBEATABLESALE.COM, INC., et al. <br><br> Defendants. | CASE NO. 2:10-CV-00489-DF <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT AMAZON.COM, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Amazon.com, Inc. has no parent company, and no publicly held company owns 10% or more of Amazon.com, Inc.'s stock.

Respectfully submitted,

Dated: February 9, 2011   By:   */s/*Robert T. Cruzen
Robert T. Cruzen (OR Bar No. 080167)
rob.cruzen@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

*Attorney for Defendant Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 9, 2011, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Xavier A. Clark
Xavier A. Clark